IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:94CR61 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL LUJAN SR., CARLOS LUJAN, VICTOR LUJAN, MACARIO LUJAN, ANDREW LUJAN, SAMUEL A. GONZALEZ, REYNALDO RAMIREZ, | ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Thomas M. Shanahan to District Judge Lyle E. Strom for all dispositive matters.

DATED this 24th day of January, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE